## Jack L. ARONOWITZ, Plaintiff–Appellant,

v.

## HOME DIAGNOSTICS, INC., Defendant–Appellee.

### No. 2010–1431.

United States Court of Appeals, Federal Circuit.

April 20, 2011.

---

Bernardo Burstein, Burstein & Associates, P.A., of North Miami, FL, argued for plaintiff-appellant. Of counsel was Robert A. Bouvatte, Jr.

M. Glenn Curran, III, Curran Law Group, of Fort Lauderdale, FL, argued for defendant-appellee. Of counsel on the brief were Dale P. DiMaggio, Malin Haley DiMaggio Bowen & Lhota, P.A., of Fort Lauderdale, FL. Of counsel was David P. Lhota, Malin Haley DiMaggio Bowen Lhota, P.A., of Fort Lauderdale, FL.

GAJARSA, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.